UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SAABIR A. MARTINEZ<br><br>Defendant. | No. 2:23-po-00267-AC<br><br>REFUND ORDER |

On October 10, 2023, the government moved to dismiss the citation CA95/E1271505 without prejudice and this motion was granted by the court. However, on January 12, 2023, the defendant paid $268.00 to the Central Violations Bureau.

Accordingly, IT IS HEREBY ORDERED that defendant is to be refunded $268.00 due to overpayment.

IT IS SO ORDERED.

Dated:  October 23, 2023

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1